UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JARROD HORTON, as Brother, Next Friend, and Special Representative of the estate of MARLON HORTON, Deceased,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF CHICAGO, et al.,<br><br>      Defendant. | )<br>)<br>)<br>)  **NO. 1:13-cv-06865**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW APPEARANCE OF STEPHANIE F. JONES

Attorney Stephanie F. Jones respectfully requests that this Court grant the withdrawal of her appearance as attorney of record for Defendant, H.J. Russell & Company, and states as follows:

1. Stephanie F. Jones requests leave to withdraw as Counsel for Defendant because she has left the firm of Gordon Rees Scully Mansukhani LLP.

2. Upon Information and belief, Defendant continues to be represented by Thomas G. Cronin, Patrick F. Moran, Ryan T. Brown, and Christina Spiezia of Gordon Rees Scully Mansukhani LLP.

Wherefore, Stephanie F. Jones respectfully requests that this Court grant her leave to withdraw her appearance as attorney of record.

Date: January 24, 2018            Respectfully Submitted,

                                        By: /s/ Stephanie F. Jones
                                                Stephanie F. Jones
                                                Gordon Rees Scully Mansukhani LLP
                                                One North Franklin Street, Suite 800
                                                Chicago, IL 60606
                                                (312) 565-1400