# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JARROD HORTON, as Independent Administrator of the Estate of MARLON HORTON, deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Case No. 1:13-cv-06865 |
| CITY OF CHICAGO; CHICAGO POLICE OFFICER KENNETH F. WALKER, Star No. 9191, SHAQUILA R. MOORE; CHICAGO HOUSING AUTHORITY; H.J. RUSSELL & COMPANY; and MAVERICK SECURITY, INC., | ) ) ) ) ) | |
| | ) | Hon. Judge Dow |
| Defendants. | ) | Hon. Magistrate Judge Valdez |

### STIPULATION AND AGREED ORDER OF DISMISSAL

This cause coming to be heard pursuant to an agreement for Plaintiff to dismiss his claims against Chicago Housing Authority and H.J. Russell & Company pursuant to a Settlement Agreement and Release, the parties acting by and through their respective attorneys, and the Court having been fully advised, IT IS ORDERED:

The Court finding that the settlement entered into between Plaintiff, Chicago Housing Authority, and H.J. Russell & Company is fair, reasonable, and in good faith, Plaintiff's claims against Chicago Housing Authority and H.J. Russell & Company in Case No. 1:13-cv-06865 are dismissed without prejudice, and with full leave to reinstate via motion filed by June 15, 2018. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court, and with each party to bear its own attorneys' fees and costs.

DATED: _____        ENTERED: _____
                                          Judge

/s/ William T. "Toby" Eveland_____        /s/ Josh Friedman_____
William T. "Toby" Eveland                      Josh Friedman
Saul Ewing Arnstein & Lehr LLP                 The Law Offices of Josh Friedman
*Counsel for Chicago Housing Authority*        *Counsel for Plaintiff*

/s/ Thomas G. Cronin_____
Thomas G. Cronin
Gordon & Rees LLP
*Counsel for H.J. Russell & Company*