# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Marlon Horton, et al.

                Plaintiff,

v.

                Case No.: 1:13−cv−06865
                Honorable Robert M. Dow Jr.

City Of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 19, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held off the record with counsel for all parties present. The parties advise that there no longer is any objection to Defendant CHA and HJ Russell's motion for good faith finding of settlement and dismissal of Plaintiff's claims against those Defendants [378]. The settlement agreement has been provided in camera to the Court, as well as to counsel for Maverick, and the Court agrees that it satisfies the standard for a good faith settlement finding. Accordingly, Defendant CHA and HJ Russell's motion for good faith finding of settlement and dismissal of Plaintiff's claims against those Defendants [378] is granted. In addition, the parties report that as to Defendant Maverick's pending motion for summary judgment on Counts III through V of HJ Russell's cross−claim [341], they have reached agreement obviating the need for a ruling as to the contribution issue, but not as to the indemnification issues. When the motion is re−filed, the Court will strike the prior motion so that it will not be reported on the six−month list. Counsel for Maverick will re−file the motion [341] only, with all briefs to remain in place, and the Court will issue a ruling by mail on the remaining issues. Counsel will work together to submit a proposed order encompassing the issues discussed today, including Plaintiff's intention to proceed on certain issues in the probate action. The Court intends to issue rulings on the pending motions for summary judgment [318, 322] in the near future and will set the case for further status hearing at that time. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.