UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Marlon Horton, et al.
                              Plaintiff,

v.                                          Case No.: 1:13−cv−06865
                                            Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 22, 2019:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. Agreed motion to approve minors' settlement and distribution of funds [431] is granted. Agreed motion for leave to file motion to approve settlement under appeal [432] is granted. As to the remaining to parties, a further status hearing is set for 10/30/20/10 at 9:00 a.m. If a stipulation of dismissal is filed before the next status hearing, the hearing will be cancelled and the case closed. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.