IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JARROD HORTON, as Independent Administrator of the Estate of MARLON HORTON, deceased, </br>   Plaintiff, </br>  v. </br>CITY OF CHICAGO; CHICAGO POLICE OFFICER KENNETH F. WALKER, Star No. 9191, SHAQUILA R. MOORE; CHICAGO HOUSING AUTHORITY; H.J. RUSSELL & COMPANY; and MAVERICK SECURITY, INC., </br>   Defendants. | Case No. 1:13-cv-06865 </br></br> Hon. Judge Dow </br> Hon. Magistrate Judge Valdez |

### AGREED ORDER APPROVING MINORS' SETTLEMENT AND DISTRIBUTION OF FUNDS

Upon motion by Plaintiff and Defendants, Defendants City of Chicago, Chicago Police Officer Kenneth Walker, and Maverick Security, Inc. by their counsel, for entry of an order approving a settlement in the total amount of Nine Hundred Thousand Dollars ($900,000.00), the Court having presided over this matter since its filing, having personally mediated two settlement conferences with the parties, and having reviewed the terms of settlement and an itemization of the attorneys' fees, and the proposed release and settlement agreement in this matter, and subject to final approval of the distribution of the settlement proceeds by the Circuit Court of Cook County, County Department, Probate Division, IT IS ORDERED:

1. The settlement amount of $900,000 is fair and reasonable and made in good faith.

2. Plaintiff Jarrod Horton, as brother of decedent Marlon Horton, and Independent Administrator of the Estate of Marlon Horton, is competent to represent the interest of estate, the sole beneficiaries of which are his three minor children, who are his sole heirs.

3. Pursuant to written contract, Plaintiff's attorneys are entitled to fees in the amount of $300,000.00 (Three Hundred Thousand Dollars), which represents 33 and 1/3 percent of the total settlement amount. Having presided over this matter since its filing more than six years ago, the Court finds this to be a reasonable fee in this case.

4. The net amount to be distributed to the heirs in this matter is $600,000.00 (Six Hundred Thousand Dollars), which will be paid by the City of Chicago by a structured settlement as outlined in the parties Mutual Release and Settlement Agreement, which was reviewed by this Court.

IT IS THEREFORE ORDERED that the settlement and distribution of funds is approved as outlined above.

DATED: 10/24/2019

Robert M. Dow Jr., United States District Judge